1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAFAEL PEREZ PEREZ,                        Case No.  1:25-cv-1738-DAD-JDP (P)

12                   Petitioner,

13         v.                                     ORDER

14    WARDEN, *et al.*,

15                   Respondents.

16

17         Petitioner, an immigration detainee who is representing himself, filed a petition for a writ

18    of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has also filed an application to proceed

19    *in forma pauperis*, ECF No. 2, and a motion for appointed counsel, ECF No. 3.  The court has

20    conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas

21    Corpus Cases Under Section 2254.[1]

22         Petitioner's application to proceed *in forma pauperis* makes the required showing and is

23    granted.  *See* 28 U.S.C. § 1915(a).  Petitioner's motion for the appointment of counsel, ECF

24    No. 3, will also be granted.  In light of the complexity of the legal issues involved, the court has

25    determined that the interests of justice require the appointment of counsel.  *See* 18 U.S.C.

26

27         [1] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a
      district court to apply any or all of the rules to other types of habeas corpus petitions including
28    § 2241 petitions.

1

1  § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).  Within seven

2  days of this order, the appointing authority for the Eastern District of California shall identify

3  counsel and send counsel's contact information to ncannarozzi@caed.uscourts.gov, and counsel

4  will be added as counsel for petitioner.  If counsel is not a member of the Eastern District of

5  California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall

6  file a motion to appoint counsel as CJA counsel *pro hac vice*.

7       In accordance with the above, IT IS HEREBY ORDERED that:

8       1.  Petitioner's application to proceed *in forma pauperis*, ECF No. 2, is GRANTED.

9       2.  Petitioner's request for appointment of counsel, ECF No. 3, is GRANTED.

10      3.  The Clerk of the Court shall serve a copy of this order together with a copy of

11  petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the Federal

12  Defender, Attention: Habeas Appointment.

13      4.  Within seven days of this order, the appointing authority for the Eastern District of

14  California shall identify counsel and send counsel's contact information to

15  ncannarozzi@caed.uscourts.gov, and counsel will be added as counsel for petitioner.  If counsel

16  is not a member of the Eastern District of California Criminal Justice Act Panel, within seven

17  days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro*

18  *hac vice*.

19      5.  The Clerk of the Court shall serve a copy of this order together with a copy of

20  petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United

21  States Attorney.

22      6.  Within seven days of petitioner's counsel appearing, the parties shall file a joint status

23  report addressing any motions the parties anticipate filing and a proposed briefing schedule for

24  such motions.

25      7.  In order to ensure this court's jurisdiction to resolve the pending § 2241 petition,

26  respondent shall not transfer petitioner to another detention center outside of this judicial district,

27  pending further order of the court.  *See* 28 U.S.C. § 1651(a) (establishing the All Writs Act which

28  empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective

2

jurisdictions. . . ."); *see also F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (emphasizing

that federal courts have the power to "to preserve the court's jurisdiction or maintain the status

quo by injunction pending review of an agency's action"); *E-C-R v. Noem*, No. 25-cv-1230-SI,

2025 WL 2300543, at *1 n.1 (D. Or. July 16, 2025) ("Courts around the country exercise their

authority under the All Writs Act to maintain their jurisdiction over pending immigration matters

by preserving the status quo.").

IT IS SO ORDERED.

Dated:    December 8, 2025          _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3