UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAFAEL PEREZ PEREZ,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al.,

Respondents.

No. 1:25-cv-01738-DAD-JDP HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

(Doc. No. 14)

Petitioner Rafael Perez Perez is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 26, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be denied. (Doc. No. 14.) Specifically, the assigned magistrate judge found that petitioner was currently subject to mandatory detention pursuant to 8 U.S.C. § 1226(c) (*Id.* at 3.) The magistrate judge further found that petitioner received a bond hearing in November 2025 at which the immigration judge determined that petitioner posed a danger to the community if released and that accordingly the risk of erroneous deprivation was relatively slight in this case. (*Id.* at 5–6.)

1

The magistrate judge then concluded that a consideration of the *Mathews v. Eldridge*, 424 U.S. 319 (1976) factors demonstrated that petitioner is not entitled to habeas relief. (*Id.* at 6.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 7.) To date, neither party has objected and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above.

1. The findings and recommendations issued on February 26, 2026 (Doc. No. 14) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DENIED; and

3. The Clerk of the Court is directed to ENTER judgment in favor of respondents and to close this case.

IT IS SO ORDERED.

Dated:  **April 3, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2